RE: Reinaldo Martinez                                                                                          Case # 21-13097  RAM

**TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION (Pre 341)**

The Trustee reviewed this case for the meeting of creditors and found the following deficiencies from the Trustee's letter requesting documents and thus objects as follows:  Reviewed documents received prior to: 5/6/21

    Tax returns:                        Corporate Tax Returns:

✔ Photo ID - Legible/Unredacted      LF 90        LF 67     LF 10

    Plan does not fund properly

    Calculation errors    Missing months/amounts    Inconsistent terms    Plan form completed incorrectly

    Attorney fee itemization or Fee Application needed (see court guideline 6)

     Missing 2016(B)                        ✔ Missing completed and signed copy of the Written Quest. to Debtor(s)

    Other provisions:    IVL        100%      Lawsuit     Gambling     MMM

    Reaffirm, redeem or surrender Sch D or G creditor:

    MMM Motion not filed    Valuation motion not filed        Lien Avoidance motion not filed

    Priority debt on Schedule E not in plan:

    Creditor in Plan is not listed in Schedules or has not filed a POC:

    Creditor paid through the Plan has not filed a POC:

    Object or Conform to Proof of Claim:    Miami-Dade County    Tax Certificate (DE#  )    Dept of Revenue
       IRS

✔ OTHER PLAN ISSUES: Creditor acct no. does not match POC#4

    Real Estate FMV and Payoff:

    Non-Homestead Information Sheet:

✔ Vehicles FMV (NADA/Carmax), Reg and Payoff:

    Other:

✔ Bank Account Statements    3 months pre-petition  #8761 (3/20-3/31/21)

    Copy of check(s) and/or explanation:

✔ Explanation of withdrawal(s): 3/18 & 3/19 $1000

    401K/Retirement/Pension              Annuity             Life Insurance Policy

    Domestic Support Obligation form complete with info: name, address and phone

✔ Wage deduction order or Motion to waive

    BDQ & attachments         Profit/loss    Balance Sheet

    Business Bank statements and checks    3 months pre-petition

✔ Affidavit of support

Trustee reserves the right to raise additional objects until all requested documents are timely provided. This deficiency is limited to missing documents only. The Trustee will file a Notice of Deficiency with additional document requested and legal issues raised after the 341 - meeting of creditors. I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.

Submitted by **NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE P.O. BOX 279806, MIRAMAR, FL 33027**

*DOCUMENTS MUST BE RECEIVED OR FILED AND ISSUES ADDRESSED AT LEAST FOURTEEN DAYS PRIOR TO EACH CONFIRMATION HEARING TO AVOID DISMISSAL*