

**ORDERED in the Southern District of Florida on August 18, 2021.**

Robert A. Mark, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

                                CASE NO.  21-13097-RAM

Reinaldo Martinez,
               Debtor.
_____/

ORDER SETTING DEADLINES TO AVOID DISMISSAL

THIS CASE came before the Court on the Chapter 13 Consent Calendar on August 21, 2021 on confirmation of the proposed plan, and the Trustee having recommended that the case be dismissed if documents or amendments were not provided or filed timely, and the debtor attorney agreeing to the Trustee's recommendation, and based on the record, it is

ORDERED as follows:

1. The **Trustee  may upload an order of dismissal UNLESS on or before 5 pm on Tuesday, August 31, 2021, the debtor provides to the Trustee or files with the Court as appropriate:** unresolved from 6/15 a) evidence of household size (government ID) and income

of all adults (WIFE)

###

ORDER SUBMITTED BY:
NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

COPIES FURNISHED THROUGH ECF TO:
ATTORNEY FOR DEBTOR