UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

Case Number: 21-13097

Reinalso Martinez
    Debtor

_____/

NOTICE OF PARTIAL COMPLIANCE WITH ORDER  (45)

Nancy K Neidich, Standing Chapter 13 Trustee ("Trustee"), files this Notice of Notice of Partial Compliance with the Order Setting Deadlines (45) a notice of confirmation will be docketed.  To avoid dismissal, the Debtor must **provide evidence that wife is living in seperate home or include wife's income** by September 15, 2021 and speak with the staff attorney by September 15, 2021.

RESPECTFULLY SUBMITTED:

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

By: /s/_____
    Amy E. Carrington, Esq.
    *Senior Staff Attorney*
    FLORIDA BAR NO: 101877

COPY TO
Debtor's Attorney